UNITED STATES BANKRUPTCY COURT
_EASTERN DISTRICT OF WISCONSIN

**In re** H2D MOTORCYCLE VENTURES, LLC      **Case No.** 19-26914-beh

     **Debtor**      **Reporting Period:** 7/17/2019 - 8/31/2019

**Federal Tax I.D. #** _____

## CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | MOR-7 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____      Date _____

Signature of Authorized Individual*/s/ Eric Pomeroy _____      Date 10-3-2019

Printed Name of Authorized Individual  Eric Pomeroy _____      Date _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

| In re | H2D Motorcycle Ventures LLC | | Case No. | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Debtor** | | **Reporting Period:** | 7/17/19-8/31/19 | | | | | | |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month
or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH -
ACTUAL" column must equal the sum of the four bank account columns.  Attach copies of the bank statements and the cash disbursements journal.
The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be
attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NUMBER (LAST 4)** | OPER | PAYROLL | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) | | | | | |
| **CASH BEGINNING  OF MONTH** | 33124 | 0 | 0 | 0 | 33124 | | | | | |
| **RECEIPTS** | | | | | | | | | | |
| CASH  SALES | 0 | 0 | 0 | 0 | 0 | | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | 3100 | 0 | 0 | 0 | 3100 | | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | 0 | 0 | 0 | 0 | 0 | | | | | |
| LOANS AND ADVANCES | 0 | 0 | 0 | 0 | 0 | | | | | |
| SALE  OF  ASSETS | 0 | 0 | 0 | 0 | 0 | | | | | |
| OTHER  *(ATTACH  LIST)* | 0 | 0 | 0 | 0 | 0 | | | | | |
| TRANSFERS *(FROM DIP ACCTS)* | 0 | 0 | 0 | 0 | 0 | | | | | |
| **TOTAL  RECEIPTS** | 36249 | 0 | 0 | 0 | 36249 | | | | | |
| **DISBURSEMENTS** | | | | | | | | | | |
| NET PAYROLL | 0 | 0 | 0 | 0 | 0 | | | | | |
| PAYROLL TAXES | 0 | 0 | 0 | 0 | 0 | | | | | |
| SALES, USE, & OTHER TAXES | 0 | 0 | 0 | 0 | 0 | | | | | |
| INVENTORY PURCHASES | 0 | 0 | 0 | 0 | 0 | | | | | |
| SECURED/ RENTAL/ LEASES | 0 | 0 | 0 | 0 | 0 | | | | | |
| INSURANCE | 0 | 0 | 0 | 0 | 0 | | | | | |
| ADMINISTRATIVE | 0 | 0 | 0 | 0 | 0 | | | | | |
| SELLING | 0 | 0 | 0 | 0 | 0 | | | | | |
| OTHER  *(ATTACH  LIST)* | 0 | 0 | 0 | 0 | 0 | | | | | |
| OWNER DRAW * | 0 | 0 | 0 | 0 | 0 | | | | | |
| TRANSFERS *(TO DIP ACCTS)* | 0 | 0 | 0 | 0 | 0 | | | | | |
| PROFESSIONAL FEES | 0 | 0 | 0 | 0 | 0 | | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | 0 | 0 | 0 | 0 | 0 | | | | | |
| COURT COSTS | 0 | 0 | 0 | 0 | 0 | | | | | |
| **TOTAL DISBURSEMENTS** | 0 | 0 | 0 | 0 | 0 | | | | | |
| | | | | | | | | | | |
| NET CASH FLOW | 0 | 0 | 0 | 0 | 0 | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | | |
| | | | | | | | | | | |
| CASH – END OF MONTH | 36249 | 0 | 0 | 0 | 36249 | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

| **THE FOLLOWING SECTION MUST BE COMPLETED** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN) | | | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 0 | | | | | | | | | |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 | | | | | | | | | |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 0 | | | | | | | | | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 0 | | | | | | | | | |

| In re | H2D Motorcycle Ventures | | Case No. | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Debtor | | Reporting Period: | 7/17/19-8/31/19 | | | | | | |
| | | | | | | | | | | |

**BANK RECONCILIATIONS**

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | # | # | # | # | | | | | |
| **BALANCE PER** | | | | | | | | | |
| | | | | | | | | | |
| **BANK BALANCE** | 36249.00 | | | | | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH* | | | | | | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH* | | | | | | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | | | | | | |
| | | | | | | | | | |
| **ADJUSTED BANK BALANCE \*** | 36249.00 | | | | | | | | |
| *"Adjusted Bank Balance" must equal "Balance per Books"* | | | | | | | | | |
| | | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **OTHER** | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| In re | H2D Motorcycle Ventures, LLC | Case No. | |
|---|---|---|---|
| | **Debtor** | **Reporting Period:** | 7/17/19-8/31/19 |

### STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue

when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues | 0 | 0 |
| Less:  Returns and Allowances | 0 | 0 |
| Net Revenue | 0 | 0 |
| **COST OF GOODS SOLD** | | 0 |
| Beginning Inventory | 0 | 0 |
| Add: Purchases | 0 | 0 |
| Add: Cost of Labor | 0 | 0 |
| Add: Other Costs *(attach schedule)* | 0 | 0 |
| Less:  Ending Inventory | 0 | 0 |
| Cost of Goods Sold | 0 | 0 |
| Gross Profit | 0 | 0 |
| **OPERATING EXPENSES** | 0 | 0 |
| Advertising | 0 | 0 |
| Auto and Truck Expense | 0 | 0 |
| Bad Debts | 0 | 0 |
| Contributions | 0 | 0 |
| Employee Benefits Programs | 0 | 0 |
| Officer/Insider Compensation* | 0 | 0 |
| Insurance | 0 | 0 |
| Management Fees/Bonuses | 0 | 0 |
| Office Expense | 0 | 0 |
| Pension & Profit-Sharing Plans | 0 | 0 |
| Repairs and Maintenance | 0 | 0 |
| Rent and Lease Expense | 0 | 0 |
| Salaries/Commissions/Fees | 0 | 0 |
| Supplies | 0 | 0 |
| Taxes - Payroll | 0 | 0 |
| Taxes - Real Estate | 0 | 0 |
| Taxes - Other | 0 | 0 |
| Travel and Entertainment | 0 | 0 |
| Utilities | 0 | 0 |
| Other *(attach schedule)* | 0 | 0 |
| Total Operating Expenses Before Depreciation | 0 | 0 |
| Depreciation/Depletion/Amortization | 0 | 0 |
| Net Profit (Loss) Before Other Income & Expenses | 0 | 0 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | 0 | 0 |
| Interest Expense | 0 | 0 |

| | | |
|---|---|---|
| Other Expense *(attach schedule)* | 0 | 0 |
| Net Profit (Loss) Before Reorganization Items | 0 | 0 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 0 | 0 |
| U. S. Trustee Quarterly Fees | 0 | 0 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation* | 0 | 0 |
| Gain (Loss) from Sale of Equipment | 0 | 0 |
| Other Reorganization Expenses *(attach schedule)* | 0 | 0 |
| Total Reorganization Expenses | 0 | 0 |
| Income Taxes | 0 | 0 |
| Net Profit (Loss) | 0 | 0 |
| *"Insider" is defined in 11 U.S.C. Section 101(31). | | |

**BREAKDOWN OF "OTHER" CATEGORY**

OTHER COSTS

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| | |
|---|---|
| **Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:** | |
| Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the | |
| bankruptcy proceeding, should be reported as a reorganization item. | |

| In re | H2D Motorcycle Ventures LLC | | Case No. | | | |
|---|---|---|---|---|---|---|
| | **Debtor** | | **Reporting Period:** | 7/17/19- 8/31/19 | | |

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED | | |
|---|---|---|---|---|---|
| *CURRENT ASSETS* | | | | | |
| Unrestricted Cash and Equivalents | | | | | |
| Restricted Cash and Cash Equivalents *(see continuation* | | | | | |
| Accounts Receivable (Net) | | | | | |
| Notes Receivable | | | | | |
| Inventories | | | | | |
| Prepaid Expenses | | | | | |
| Professional Retainers | | | | | |
| Other Current Assets *(attach schedule)* | | | | | |
| *TOTAL CURRENT ASSETS* | | | | | |
| *PROPERTY & EQUIPMENT* | | | | | |
| Real Property and Improvements | | | | | |
| Machinery and Equipment | | | | | |
| Furniture, Fixtures and Office Equipment | | | | | |
| Leasehold Improvements | | | | | |
| Vehicles | | | | | |
| Less: Accumulated Depreciation | | | | | |
| *TOTAL PROPERTY & EQUIPMENT* | | | | | |
| *OTHER ASSETS* | | | | | |
| Amounts due from Insiders* | | | | | |
| Other Assets *(attach schedule)* | | | | | |
| *TOTAL OTHER ASSETS* | | | | | |
| *TOTAL ASSETS* | | | | | |
| | | | | | |
| **LIABILITIES AND OWNER EQUITY** | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE | | |
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | | | |
| Accounts Payable | | | | | |
| Taxes Payable *(refer to FORM MOR-4)* | | | | | |
| Wages Payable | | | | | |
| Notes Payable | | | | | |
| Rent / Leases - Building/Equipment | | | | | |
| Secured Debt / Adequate Protection Payments | | | | | |
| Professional Fees | | | | | |
| Amounts Due to Insiders* | | | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | | | |
| *TOTAL POST-PETITION LIABILITIES* | | | | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | | | |
| Secured Debt | | | | | |
| Priority Debt | | | | | |
| Unsecured Debt | | | | | |
| *TOTAL PRE-PETITION LIABILITIES* | | | | | |
| *TOTAL LIABILITIES* | | | | | |
| **OWNERS' EQUITY** | | | | | |
| Capital Stock | | | | | |
| Additional Paid-In Capital | | | | | |
| Partners' Capital Account | | | | | |
| Owner's Equity Account | | | | | |
| Retained Earnings - Pre-Petition | | | | | |
| Retained Earnings - Post-petition | | | | | |
| Adjustments to Owner Equity *(attach schedule)* | | | | | |
| Post-petition Contributions *(attach schedule)* | | | | | |
| *NET OWNERS' EQUITY* | | | | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | | | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE | | |
|---|---|---|---|---|---|
| Other Current Assets | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Other Assets | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE | | |
|---|---|---|---|---|---|
| Other Post-petition Liabilities | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Adjustments to Owner's Equity | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Post-Petition Contributions | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations. | | | | | |
| Typically, restricted cash is segregated into a separate account, such as an escrow account. | | | | | |
| | | | | | |
| | | | | | |

| In re | H2D Motorcycle Ventures, LLC | | | Case No. | | |
|---|---|---|---|---|---|---|
| | **Debtor** | | | **Reporting Period:** | 7/17/19-8/31/19 | |

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employee | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employer | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Income | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Federal Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| **State and Local** | 0 | 0 | 0 | 0 | 0 | 0 |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales | 0 | 0 | 0 | 0 | 0 | 0 |
| Excise | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Real Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Personal Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total State and Local | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | | | 0 | 0 | 0 |
| **Total Taxes** | 0 | 0 | 0 | 0 | 0 | 0 |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due to Insiders | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Post-petition Debts** | 0 | 0 | 0 | 0 | 0 | 0 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

| In re | H2D Motorcycle Ventures, LLC | | Case No. | | | |
|---|---|---|---|---|---|---|
| | Debtor | | Reporting Period: | 7/17/19-8/31/19 | | |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| Plus:  Amounts billed during the period | 0 |
| Less:  Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 0 | 0 | 0 | 0 | 0 |
| 31 - 60 days old | 0 | 0 | 0 | 0 | 0 |
| 61 - 90 days old | 0 | 0 | 0 | 0 | 0 |
| 91+ days old | 0 | 0 | 0 | 0 | 0 |
| Total Accounts Receivable | 0 | 0 | 0 | 0 | 0 |
| Less:  Bad Debts (Amount considered uncollectible) | 0 | 0 | 0 | 0 | 0 |
| Net Accounts Receivable | 0 | 0 | 0 | 0 | 0 |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 0 | 0 | 0 | 0 | 0 |
| 31 - 60 days old | 0 | 0 | 0 | 0 | 0 |
| 61 - 90 days old | 0 | 0 | 0 | 0 | 0 |
| 91+ days old | 0 | 0 | 0 | 0 | 0 |
| Total Taxes Payable | 0 | 0 | 0 | 0 | 0 |
| Total Accounts Payable | 0 | 0 | 0 | 0 | 0 |

MOR-5
2/2008
PAGE 14 OF 17

| In re | H2D Motorcycle Ventures, LLC | | Case No. | | | |
|---|---|---|---|---|---|---|
| | **Debtor** | | **Reporting Period:** | 7/17/19-8/31/19 | | |

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in

Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid

(e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |
| * INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED | | | | | |

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION | | |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS | | | | | |

MOR-6
2/2008
PAGE 15 OF 17

| In re | H2D Motorcycle Ventures, LLC | Case No. | |
|---|---|---|---|
| | **Debtor** | **Reporting Period:** | 7/17/19-8/31/19 |
| | | | |
| | | | |

<table>
<tr><td colspan="4" align="center"><h2>DEBTOR QUESTIONNAIRE</h2></td></tr>
<tr><td></td><td><b>Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary.</b></td><td align="center"><b>Yes</b></td><td align="center"><b>No</b></td></tr>
<tr><td>1</td><td>Have any assets been sold or transferred outside the normal course of business this reporting period?</td><td></td><td>x</td></tr>
<tr><td>2</td><td>Have any funds been disbursed from any account other than a debtor in possession account this reporting period?</td><td></td><td>x</td></tr>
<tr><td>3</td><td>returns?</td><td></td><td>x</td></tr>
<tr><td>4</td><td>Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies?</td><td></td><td>x</td></tr>
<tr><td>5</td><td>payment?</td><td></td><td>x</td></tr>
<tr><td>6</td><td>Have any payments been made on pre-petition liabilities this reporting period?</td><td></td><td align="center">x</td></tr>
<tr><td>7</td><td>Are any post petition receivables (accounts, notes or loans) due from related parties?</td><td></td><td>x</td></tr>
<tr><td>8</td><td>Are any post petition payroll taxes past due?</td><td></td><td>x</td></tr>
<tr><td>9</td><td>Are any post petition State or Federal income taxes past due?</td><td></td><td>x</td></tr>
<tr><td>10</td><td>Are any post petition real estate taxes past due?</td><td></td><td>x</td></tr>
<tr><td>11</td><td>Are any other post petition taxes past due?</td><td></td><td align="center">x</td></tr>
<tr><td>12</td><td>period?</td><td></td><td>x</td></tr>
<tr><td>13</td><td>Are any amounts owed to post petition creditors delinquent?</td><td></td><td>x</td></tr>
<tr><td>14</td><td>Are any wage payments past due?</td><td></td><td>x</td></tr>
<tr><td>15</td><td>Have any post petition loans been been received by the Debtor from any party?</td><td></td><td>x</td></tr>
<tr><td>16</td><td>Is the Debtor delinquent in paying any U.S. Trustee fees?</td><td></td><td>x</td></tr>
<tr><td>17</td><td>Is the Debtor delinquent with any court ordered payments to attorneys or other professionals?</td><td></td><td>x</td></tr>
<tr><td>18</td><td>Have the owners or shareholders received any compensation outside of the normal course of business?</td><td></td><td>x</td></tr>
</table>

# Wells Fargo Simple Business Checking



H2D MOTORCYCLE VENTURES LLC
1925 S MOORLAND RD
NEW BERLIN WI 53151-2321

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Since August 2003, the Wells Fargo/Gallup Small Business Index has surveyed small business owners on current and future perceptions of their business financial situation. View the latest results at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 8/6 | $0.00 |
| Deposits/Credits | 36,249.87 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 8/31** | **$36,249.87** |
| Average ledger balance this period | $22,756.64 |

Account number: **5174**

**H2D MOTORCYCLE VENTURES LLC**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

For Wire Transfers use
Routing Number (RTN): 0248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 8/6 | | Checking Opening Deposit | 25.00 | | 25.00 |
| 8/15 | | Edeposit IN Branch/Store 08/15/19 01:43:20 Pm 16001 W Cleveland Ave New Berlin WI 5174 | 33,124.87 | | 33,149.87 |
| 8/23 | | Edeposit IN Branch/Store 08/23/19 03:20:46 Pm 16001 W Cleveland Ave New Berlin WI | 3,100.00 | | 36,249.87 |
| **Ending balance on 8/31** | | | | | **36,249.87** |
| **Totals** | | | **$36,249.87** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/06/2019 - 08/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $22,757.00 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 5 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your                $ _____
register or transfers into                 $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801